Stephen B. Morris (SBN 126192)
Mark C. Hinkley (SBN 138759)
MORRIS and ASSOCIATES
444 West C Street, Suite 300
San Diego, California 92101
Phone: (619) 239-1300
Fax: (619) 234-3672
morris@sandiegolegal.com

Attorneys for Plaintiff and Collective Action Representative
JUDIE EGAN and Collective Action Members


Robert D. Vogel (SBN 063091)
Jennifer B. Hodur (SBN 211948)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
Phone: (213) 689-0404
Fax:    (213) 689-0430
VogelR@jacksonlewis.com
HodurJ@jacksonlewis.com

Attorneys for Defendant
FIDELITY NATIONAL
INFORMATION SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDIE EGAN, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, a Florida corporation conducting business in the State of California, and Does 1 to 100.<br><br>Defendants. | **CASE NO.: CV 07-06374 GW (JCx)**<br><br>[~~PROPOSED~~] **JUDGMENT** |

1     On January 15 and February 12, 2009, the Court heard Plaintiff and Collective Class Representative Judie Egan's and Defendant Fidelity National Information Services' (collectively "Parties") Joint Motion for Order Granting Final Approval of Class Action Settlement ("Motion for Final Approval"). Having granted the Motion for Final Approval, IT IS HEREBY ORDERED AND ADJUDICATED that judgment be and hereby is entered consistent with the terms of this Court's Order filed and entered in this Action on February 13, 2009.

IT IS SO ORDERED.

Dated: April 6, 2009

_____
HONORABLE GEORGE WU
DISTRICT COURT JUDGE